IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WIPQTUS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. <br><br><br> RENESAS ELECTRONICS AMERICA INC., <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> WIPQTUS INC., <br><br> Intervenor-Defendant. | Case No. 1:24-mc-113 <br><br> Related to Civil Action No. 2:23-cv-00054-RWS-RSP |

## NOTICE OF ASHOK TANKHA'S MOTION TO QUASH SUBPOENA

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Ashok Tankha dated March 10, 2024, and all exhibits thereto, and the accompanying Memorandum of Law, third-party to the above captioned related matter, Ashok Tankha ("Tankha"), will move this Court, on a date and time to be selected by the Court, for an Order, pursuant to F.R.C.P. 45(d)(3) transferring the case to the District Court for the Eastern District of Texas so that the court may quash the

subpoena served by Intervenor-Plaintiff Renesas Electronics America Inc. or issue a protective order regarding the material sought.

| | |
|---|---|
| Dated: March 11, 2024 | Respectfully submitted,<br>*/s/ Jason R. Melzer*<br>Jason R. Melzer, Esq.<br><br>*Attention:  Jason R. Melzer, Esq.*<br>25 Main Street<br>Court Plaza North<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Telephone: (201) 525-6313<br>Facsimile: (201) 678-6313<br>Email: jmelzer@coleschotz.com<br><br>**Attorney for Plaintiff** |